UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 08-197(DSD/AJB)

Charles A. Brown,

      Petitioner,

v.                                  **ORDER**

Warden Duke Terrell,

      Respondent.

This matter is before the court upon petitioner's pro se objections to the report and recommendation of Magistrate Judge Arthur J. Boylan dated January 24, 2008. In his report, the magistrate judge recommends that petitioner's application for habeas corpus relief under 28 U.S.C. § 2241 be dismissed for lack of jurisdiction.

The court reviews the report and recommendation of the magistrate judge de novo. 28 U.S.C. § 636(b)(1)(C); D. Minn. LR 72.2(b). After a de novo review, the court finds that the report and recommendation of the magistrate judge is well reasoned and correctly disposes of petitioner's motion. Therefore, the court adopts the report and recommendation [Doc. No. 2] in its entirety.

Accordingly, **IT IS HEREBY ORDERED** that petitioner's application for habeas corpus relief under 28 U.S.C. § 2241 [Doc. No. 1] be dismissed.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  June 5, 2008

                                               s/David S. Doty
                                               David S. Doty, Judge
                                               United States District Court